**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

1-17-19

Chief, Criminl Appeals Division
Office of The Attorney General
P.O. Box 12548
Austin, TX 78711-2548
3:18-cv-00374-KC-ATB doc# 8,9 dc

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 3010 0000 3191 9325

CERTIFIED MAIL®

7015 3010 0000 3191 9325

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Chief, Criminl Appeals Division
Office of The Attorney General
P.O. Box 12548
Austin, TX 78711-2548
3:18-cv-00374-KC-ATB doc# 8,9 dc

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief, Criminl Appeals Division
Office of The Attorney General
P.O. Box 12548
Austin, TX 78711-2548
3:18-cv-00374-KC-ATB doc# 8,9 dc

9590 9402 1184 5246 7763 95

2. Article Number (Transfer from service label)
7015 3010 0000 3191 9325

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt